Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POOF-SLINKY, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> 22H, *et al.*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9402 (ER)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poof-Slinky, LLC ("Poof" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants aixingfuqingdian, bogor, bingzhixin, caoqianqian, daierluoshi, damous80, dingdingyixiao, dsjr840920, fdhrhn, liyang1106 and lizide in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: January 22, 2020                                                      Respectfully submitted,

                                                        **EPSTEIN DRANGEL LLP**

BY: _____
                                                  Brieanne Scully (BS 3711)
                                                  bscully@ipcounselors.com
                                                  EPSTEIN DRANGEL LLP
                                                  60 East 42nd Street, Suite 2520
                                                  New York, NY 10165
                                                  Telephone:    (212) 292-5390
                                                  Facsimile:     (212) 292-5391
                                                  *Attorneys for Plaintiff*
                                                  *Poof-Slinky, LLC*

**It is so ORDERED.**

Signed at New York, NY on <u>January</u>  <u>27</u>, 2020.

                                                  _____
                                                  Judge Edgardo Ramos
                                                  United States District Judge